Richard L. Clark SR #148530
Name

Wy. Co. Jail

710 N 7th st KCKs 66101
Address

FILED
U.S. District Court
District of Kansas

DEC 16 2022

Clerk, U.S. District Court
By_____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Richard Leroy Clark SR Plaintiff
(Full Name)

V.

Judge Daniel CAHill Defendant(s)
Det. Scarlett Webb
District Attorney Mark, Dupree, Cline
Boone, Brett Richman, Derek Schmidt

CASE NO. 22-3305-JWL-JPO
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Richard L. Clark JR, is a citizen of Kansas
   (Plaintiff)                              (State)

   who presently resides at Wy. Co. Jail 710 N 7th st
                                    (Mailing address or place
   Kansas City, Kansas 66101.
   of confinement.)

2) Defendant Daniel CAHill is a citizen of
              (Name of first defendant)

   Kansas City, Kansas, and is employed as
            (City, State)

   Wy. Co. District Court Judge. At the time the
         (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   He was acting on the capacity of Wy. Co. District

   Court Judge

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                                    1

3) Defendant __Tonda Hill, Candice Alcaraz__ is a citizen of
      (Name of second defendant)
__Kansas City, Kansas__, and is employed as
      (City, state)
__ADA's of Wy. Co. District Attorney Office__. At the time the
      (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

__Both work as ADA's in the Prosecutor Office of Wy. Co. District Attorney Office__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__N/A__

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

All of these official have violated my United States Constitutional Rights and my Kansas Rights. By charging me with a crime of sexual nature, all because I had a past criminal case 25 yrs. ago. They went after me for false charges, locked me up and cause major stress to myself and my wife who inded up having open heart surgery because of this

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    2

Defendant ③ Mark DuPree, Kansas City, Kansas, Wy. Co. District Attorney, Yes, He was Acting in the capacity of his publicly elected position of Wy. Co. District Attorney

Defendant ④ Derek Schmidt, Topeka, KS, STATE of Kansas Attorney General, Yes, He was Acting in the capacity of his publicly elected position of Attorney General

Defendant ⑤ Brett Richman, Kansas City, Kansas, Wy. Co. Court Appointed Attorney, Yes, He was Acting in the capacity of Wy. Co. Court Appointed Attorney

Defendant ⑥ Cline Boone, Kansas City, Kansas, Wy. Co. Court Appointed Attorney, Yes, He was Acting in the capacity of Wy. Co. Court Appointed Attorney

Defendant ⑦ Candice Alcaraz, Kansas City, Kansas, Wy. Co. ADA, Yes, She was Acting in the capacity of Assistance District Attorney

Defendant ⑧ Detective Scarlette Webb, Kansas City, Kansas Wy. Co. Police Detective, Yes, She was Acting in the capacity of Wy. Co. Police Detective.

Defendant ⑨ Judge Martinez, Kansas City, Kansas, Wy. Co. Judge, Yes, He was Acting in the capacity of Wy. Co. District Judge

Defendant(3) Mark Dupree, Kansas City v
Wa. Co. D---

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: My 6th and 14th Amendment of Rights and Due Process was violated, I was locked up my freedom was taking away + I was denied fair trial by an impartial jury.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Det. Webb omitted pretain information to get a falsely accused warrant, Judge Martinez was prejudice against my case from the begining and he showed it by putting my witnesses out of the courtroom before court started. Clint Boone refused to defend me at prel

B) (1) Count II: On Seperate Paper Attached

(2) Supporting Facts: On Paper Attached

XE-2 8/82        CIVIL RIGHTS COMPLAINT §1983        3

C) (1) Count III: __Attached Paper__

(2) Supporting Facts: __Attached Paper__

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: __N/A__

      Defendants: __N/A__

   b) Name of court and docket number __N/A__

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   d) Issues raised __N/A__

## C. Cause of Action

Tonda Hill

(1) Prosecution made Comments to the Jury of stuff not in evidence, which prejudiced the Jury against me causing irreparable harm. Counsel Refused at Preliminary and Trial to defend my Rights and Allowed Prejured Testimony to be put before the Court and the Jury. The Judge through out my case has shown great prejudice against me and he Allowed the Prosecutor Misconduct to happen with comment to the Jury and in front of the Jury.

(2) Mark Dupree, District Attorney Allowed his ADA's Candera Alcaraz, Tonda Hill to file false charges all because of my 25 yr old past Crime. Judge Cahill was prejudice against for my past Crime and sought out to violate my Constitutional Rights and Kansas Rights at everyturn through out this case. Both the ADA's, Judge McArtney, Daniel Cahill, all Promoted Prejured Statements to be used against me through out this case Case number - 19-CR-1370. Brett Richman and Chris Boone Court Appointed Attorneys worked with the State & the Courts to violated my Constitutional Rights & my Kansas Rights to a fair Trial in front of A Impartial Jury. Tonda Hill ADA made Prosecutorial Misconduct by making opening remarks to the Jury of stuff not in Evidence & prejured herself, infront of Jury with closing arguments. Brett Richman Court Appointed Attorney file Boggus Motion and Allowed them to be used against me a Trial and Also Allowed the Courts to violate my Right. Detective Scarlett Webb

This Police officer filed misleading Affidavit to violate my Rights to get a warrant & she lied on the stand to help convict me. Judge Daniel Cahill, Revoked my bond and turned around and upped it so High that I wouldn't be able to afford and I'd stayed locked up while He and the state. and my Ineffective Counsel violated my United States Constitutional Rights

e) Approximate date of filing lawsuit  N/A

f) Approximate date of disposition  N/A

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I filed many motions to get a hearing before a Judge to correct but none of my motions were ever heard. And Brett Richman withdrew all my motions to header me from Justice

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I am entitled to be released and my name cleared of these false charges and some kind of settlement for all the time I lost from my Jobs and my freedom to be with my family.

_____     Richard L. Clark
Signature of Attorney (if any)                Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82               CIVIL RIGHTS COMPLAINT §1983

5