Richard L. Clark
Plaintiff
v.
Daniel Cahill, ET AL,
Defendants,

1-8-23

FILED
JAN 17 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

## Further Response To Court Order

1) Plaintiff states that the Judge Tony Martinez State Court Judge never tried to verify that the people he was putting out of the courtroom (for talking loudly to each other) was my witnesses and my sister, and this was prior to the start of Preliminary Hearing.

2) Plaintiff states that Daniel Cahill District Court Judge did allow Prosecutor Tonda Hill to make Improper Opening Statements and Prejudice Statements in front of & to the Jury, therefore violating the Plaintiff United States Constitutional Rights, to be tried by an Impartial Jury, not one that's been Prejudice against the Plaintiff.

3) Plaintiff states that all of his Allegations can be Proven in the State Courts Preliminary Hearing and Trial Transcripts.

4) Plaintiff further states that Due to the fact that the State Court Refuses to grant copies of these transcripts to an Indigent Defendant, Plaintiff, can't Provide anymore Proof than what I have stated Transpired with all of the Defendants Violating, Plaintiff, United States Constitutional Rights 6th and 14th Amendment Due Process Rights.

Richard Clark
#148530

To Go with Plaintiff #2 = STATE v. BakeR, 281 Kan, 997, 1016, 135 P.3d 1098 (2006). STATE v. Villanueva, 274 Kan, 20, 33-36, 49 P.3d 481 (2002) (STATE v. Hall, 292 Kan 841, 848, 257 P.3d 272 (2011) 297 Kan. 129)