Richard Clark
Plaintiff,

V.

Daniel Cahill, et al.,
Defendants.

2-1-23

FILED
FEB 06 2023
Clerk, U.S. District Court
By: [signature] Deputy Clerk

Case no = 22-3305-JWL

Dear Judge John Lungstrum
I'm writing this letter because I recieved your reply denieding me counsel, to help with my case against these defendants. I have shown how each one has violated my United States Constitutional Rights from the District Court Judge down to the Presuctor. The fact that I can't word my reply the way you want shows that in all fairness I need Counsel to help me. The District Court Judge Daniel Cahill Refuses to hear my Habeas Corpus Motions. I'm suffering greatly here in the County Jail by Freezing in a cell that all day and night cold air is coming out of the vent, they have given me extra blankets but that don't help my freezing hands and my lack of medical and Mental Health attention. This Jail was told twice since september 2022 that I needed to see a Heart Doctor, which never happened. I put to see Mental Health to no avail when they try to draw blood they have to have my have run under hot water first or else they stick me about 4 times

before getting Blood. I'll admitt that I don't know the law nor what (MOSC) means. I asked last week the Attorney they given me and He said he don't know what it means. And he's my New Attorney who suppose to Apply for a new trial. Clearly I need counsel help with this because I been suffering for months now locked up Illeaghy here in the county Jail.

Richard Clark